IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARTASH PRINTING, INC.,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-498 |
| | : | |
| **THE MORTGAGE PRESS, LTD.,** | : | |
| Defendant | : | |

## O R D E R

**STENGEL, J.**

    **AND NOW**, this 28th day of May, 2009, upon consideration of the defendant's Motion to Dismiss (Document #3), it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.